UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-21428-CIV-ALTONAGA/Turnoff

**VALERIE HUGHLEY**,

    Plaintiff,
vs.

**MARYLAND CASUALTY COMPANY**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing on December 21, 2006, upon Plaintiff, Valerie Hughley's Motion for a Rule 16 Conference [D.E. 63], filed on December 4, 2006; and Defendant, Maryland Casualty Company's Second Motion to Compel Plaintiff to Respond to Discovery, or, in the Alternative for Sanctions [D.E. 65], filed on December 11, 2006. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Defendant's Motion **[D.E. 65]** is **GRANTED-IN-PART** as follows:

    1. Defendant's expert shall be allowed access to the homes of the members of the putative class for inspection. Defendant's expert shall be permitted to evaluate the homes which have already been examined by Plaintiff's expert, plus thirty (30) additional homes selected at random by Defendant. Defendant may then move the Court for permission to inspect additional homes, as necessary. Defendant shall be liable for any damage caused by its expert's inspection, and Plaintiff's expert may be present during the inspections.

Case No. 06-21428-CIV-ALTONAGA/Turnoff

2. Plaintiff must provide a complete answer to Defendant's Interrogatory Number Ten forthwith.

3. The Court reserves judgment as to whether Plaintiff must respond further to Defendant's Interrogatories numbered Six and Seven. After its expert has concluded the inspections, Defendant may, upon a showing of good cause, move the Court to order Plaintiff to provide additional responses to those interrogatories.

4. The deadline for the submission of the experts' reports, which reports are contingent upon completion of the inspections allowed by this Order, shall be extended to **January 29, 2006**. All other pre-trial deadlines shall remain unchanged.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of December, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge William C. Turnoff
counsel of record